# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 26 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REGINA GALE JACKSON
3010 HEWITT AVENUE
APT 275
SILVER SPRING MD 20906
301 460-2389

V

LIBRARY OF CONGRESS
101 INDEPENDENCE AVENUE S.E.
WASHINGTON D.C. 20540

CASE NUMBER  1:05CV01705
JUDGE: Richard W. Roberts
DECK TYPE: Employment Discrimination
DATE STAMP: 08/26/2005

**RECEIVED**

AUG 19 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMPLAINT

Your HONOR, this case has Extended over many years so please bare with me.

1.

I Regina Gale Jackson started working at the library of Congress, May 26 1975 just befor high school graduation. I was fired from the library while out on workermen compensation in 1985. I was injured February 25, 1983 I pulled a muscle in my chest its called costochondritis. After returning to work from light duty, I was injured again July 13, 1983. On Aug. 3, 1983 My Doctor Dr. Schumann said I couldn't do any more heavy lifting and to transfer me but the library chose to fire me instead. Before my job injury Feb. 25, 1983 I filed for allegation of discrimination in Jan 1983, on Feb 9, 1983 I was given the right to file a complaint by Christina C. Zirps the EEO counselor. On Dec. 19, 1983 my discrimination complaint was rejected, then on Dec. 28, 1983 My appeal was put in. My discrimination complaint was base on Race, color, and sexual harassment.

2

My supervisor Mrs Newton was making me do the men's work since I was 10-30 years younger then the other woman. The men were hired to do heavyer labor so Mr. Clyde McPhatter hired one guy Mr Douglass to do the heavy labor and when he was absent from work, Mrs Newton would tell me (Regina) to do the work, she said the others couldn't do it. After a while of doing Mr. Douglass work the lifting got to be to much for me, when I complain about it hurting my arms and chest, Mrs Newton said do it or get wrote up. I didn't think it was fair. Then Newton started calling me names when I said she was wrong, Newton said you yellow bitch do as I said then Mrs Newton started watching me undress and following me into the lady's room

3

When I came in to work every night others saw what Newton was doing but they didn't want to get involved. We all got dress to work each night, working hours were Mon-Fri. 11:00 pm to 7:30 AM pulling or lifting trash bags pass our waist line to dump into a larger can. It was cleaning, janitor work. Later when Mrs Newton received my discrimination complaint, most of the employer in labor division was mad at me. Then Newton said in front of others she was going to get me fired. That was before the job injury. After the injury Mrs Newton wouldn't sign my compensation forms correctly Newton would put down conflicting dates that held up compensation benefits. Then while I was out on leave without pay approval, Mr. Gerald J. Garvey chief

Division head started the paper work to fire me 3-6-85. My leave would not expire until 5/27/85 and the library of Congress regulation for leave borrowing it say " you may be separated from the library upon expiration of this approved leave", but Mr Garvey didn't wait. Then 6-14-85 I applied for disability retirement so I could have an income to support my kids but that didn't happen 6-24-85 I was fired and force to pay back leave I borrowed. At that time I wasn't told that, the decision I was force to make would put a penalty on furture benefits. In Jan. 1997 I applied for disability retirement and was approved and never got a dime. Then in 12-6-2000 I was told about the penialty until the age of 62, because of the withdraw that took place in 1985. During the whole time I have been under

5

my doctors care and I was on multiple prescribed medication percoset, percodan, and anaprox to name a few I was on medication so long then the doctors realize that my health was starting to go down fast. Again after fighting for my compensation in 1985, President Reagan made labor dept. to back pay me. Your Honor, from Dec. 1987-March 6 1993 I received compensation benefits. In Sept. 1993 as I was trying to get reinstated, the workers compensation program manager for the library of Congress, Valerie B. Grasso told department of labor in October 1993 on my transcript that the library was closing 1980-81 to move to the new building indication how could I have gotten injured in Feb. 25, 1983 also Mr. Elmer Smith supervisor for labor force not charforce my supervisor title Mr. Smith said I grossly exaggerated about

6

the job description and that, the most I had to lift was an office can with paper in it, but my hearing dated March 1987 the labor board members noted that appellant had to lift 44 lbs regularly on her job, so they both lied to keep me from being reinstated because they put in writing that if the labor dept. reinstate me they "the library would try to find some work for me and the library really didn't want that, but during the time I was on compensation dept of labor was still trying to find me work. With everything happening, I thought maybe me being fired was a joke. After my doctors taken me off of all medication because my health had gotten worse, in 2003 I started to look for reasons why all my benefits were being blocked and

7

I went into boxes of old important papers and found out that I had been fired at that time in 1985 I had an attorney for compensation who worked closely on my case and I said nothing to him, why not? Right today I can't remember receiving my discharge papers. The medication is the only thing that could have henderd my mind in thinking. I told member of Congress my story and they started to help me in Nov. 2004 Senator Barbara A. Mikulski told the library to look into the allegation of me being fired and why all my benefits were being blocked. That's the reason why upon the Senator closing my case April 1, 2005 I took my paper work over to EEO at the library of Congress for allegation of discrimination on April 1, 2005 before my case was close again. EEO said nothing about my case being untimely or administratively closed, but they did give me the right to take the case to the next level which

is a complaint for discrimination against my disability, of not able to perform my duties after getting injured on the job and other reasons. On April 1, 2005 the now chief of EEOC did my interview Dr. Ricardo Grijalva said Ms Jackson you fall under the 1964 law for discrimination and what took you so long, I told Dr. Ricardo my medication and showed him my paper work. After looking over my paper work Dr Ricardo said we'll be in touch with you within 30 days. On April 21, 2005 Thelma I.S Brown acting EEO counselor gave me the right to file a formal complaint quote; if you still believe you have been discriminated against based on race, color, religion, sex, national origin, age, physical or mental disability, sexual harassment or subjected to reprisal actions. So on April 29, 2005 I filed a formal complaint.

9.

Your Honor, Please read what Dr. Ricardo Grijalva said about his gang background that had nothing to do with my case, trying to put fear in me. Telling me to drop this case and walk away from it. Your Honor not only have they violated my civil rights, its' the years of hell that's lost. My health is not that of a normal 49 year old. Over 20 years my health and family has paid the price now it's time the Library of Congress pay for all that was done to me. The torment, humiliation, harassment and shame, my children had to suffer as well, and now I still have a six year old dependent that I'm raising. And now your Honor, I Plead with you as you make your decision about this case.

Thank You Sir for your time.

Conclusion, as the results of the Library of

Congress against me, I'm asking for damages in the amount of 8 million dollars plus health insurance coverage paid, and my disability retirement release, that is what I'm asking for as my relief from the court.

Regina Gale Jackson
3010 Hewitt Ave.
Apt 275
Silver Spring Md,
20906