

# THE LIBRARY OF CONGRESS

WASHINGTON, D.C. 20540

EQUAL EMPLOYMENT OPPORTUNITY
COMPLAINTS OFFICE

May 17, 2005

Dear Ms. Jackson:

The Equal Employment Opportunity Complaints Office (EEOCO) is in receipt of your correspondence dated and received May 16, 2005 in the EEOCO appealing the non-acceptance of your EEO complaint No. 05-67 by Acting Assistant Chief T. Dean Flowers. According to Section 11 of the "Allegations of Discrimination" form, you stated that the date on which the alleged discrimination took place as August 3, 1983. The Library's regulation for processing discrimination complaints LCR 2010-3.1, Section 4. Precomplaint Procedures, Part B, states:

> "The time limitation for notifying the Counselor may be extended upon written request to, and approval of, the Assistant Chief. In such a request, the complainant shall cite justification for the delay. The Assistant Chief's reply shall be in writing. The Assistant Chief shall extend the time limits upon his/her prior determination that the complainant was prevented by circumstances beyond his/her control from submitting the matter within the required time limits."

After reviewing your documentation it is my decision that your request for an extension to file a complaint is denied, because you did not sufficiently explain how you were prevented by circumstances beyond your control, from contacting the EEOCO in a timely manner. I will briefly explain how I reached this conclusion.

You stated that you were terminated from your position as a custodian after being placed on Worker's Compensation as a result of injuring yourself on February 25, 1983, while performing your duties. The information provided in your appeal reflects that you believe that your case is not being taken seriously because you raised the amount of damages you were requesting against the Library of Congress from 5.5 million dollars to 8 million dollars. Your appeal further states:

> "EEOC (your office) has denied me of my rights to have my case fully investigated and have justice served because let it be known that the United States Senator Barbara A. Mikulski was the one who opened my case for allegations of being fired from my job at the Library of Congress while on worker's compensation".

The records you provided reflects that you were terminated by the Library of Congress on June 25, 1985 because you were unable to perform the duties of your position. The time limits for the filing of your discrimination complaint would have expired 20 workdays after your termination from your position was final. Rather than filing your complaint within the 20 workday regulatory requirements, you waited over 20 years to file your claim with our office.

It is your contention that you were treated differently when you were terminated from your position and that because of the prescribed medications you were on, you were forced into a situation where you could not clearly defend yourself. Although we requested that you provide an explanation as to why how you were prevented by circumstances beyond your control from contacting the EEOCO in a timely manner, you failed to respond to our request.

Please be advised that your request for an extension to file a complaint has been denied in accordance with LCR 2010-3.1, Section 6.E.(1) (see also Sections 4.A., 4.D. and 5.E.). In order for a complaint to be timely the staff member, or qualified applicant, must have contacted the EEOCO within 20 workdays after the date of the alleged discriminatory matter. You indicated on your Allegation of Discrimination form that the alleged discrimination took place on August 3, 1983, however, your Allegation of Discrimination form was not received in the EEOCO until April 1, 2005, some 22

FILED

AUG 26 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

years after the alleged action took place. More importantly, you failed to provide an explanation as to why you were delayed over 20 years in the filing of your discrimination complaint.

In conclusion, this complaint **will not** be investigated because you failed to contact the EEOCO within 20 workdays of the alleged action. In addition, you have failed to provide any new information to sufficiently explain your delay in contacting the EEOCO regarding the allegations you raised.

### APPEAL RIGHTS

This is a Final Agency Decision. Should you be dissatisfied with this decision to not accept your EEO complaint in Case No. 05-21, you have the right to file a civil action in the appropriate U.S. District Court within ninety (90) days of receipt of this letter. If you decide to file a civil action, and do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. The Court may appoint an attorney in such circumstances as the Court deems just pursuant to federal statute (42 U.S.C. S2000e-5 (f) (1). The grant or denial of the request is within the sole discretion of the Court. Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits.

Sincerely,

*[signature]*

Dr. Ricardo H. Grijalva
Chief, EEO Complaints Office
Office of Workforce Diversity
Library of Congress

Enclosure

Ms. Regina Jackson
3010 Hewitt Avenue, # 275
Silver Spring, Maryland 20906

Mr. Scott Baron
528 E. Joppa Road
Towson, Maryland 21286

Forwarded via Regular and Registered Mail May 18, 2005; Return Receipt Requested

## DR. JALEH K. DAEE M.D.
### Diplomate American Board of Family Physician

March 31, 2005

To Whom It May Concern:

This letter is to certify that Ms. Regina Jackson has been under my care since 10-17-1997.

Ms. Jackson suffers from the following problems:

1) Gastroesophageal reflux disease
2) Costochondritis
3) H/O Peptic ulcer disease
4) Fibromyalgia
5) Asthma
6) Depression
7) Migrain
8) Lipoma of the brain
9) Mitral valve prolapse

Thank You,

*[signature]*

Dr. Jaleh Daee, MD

9470 Annapolis Road, Suite 418, Lanham, Maryland 20706    Tel: (301) 459-8108    Fax: (301) 459-6694