

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT COLUMBIA

2005 SEP 15  PM 4: 07

NANCY M.
MAYER-WHITTINGTON
CLERK

~~UNITED STATES OF AMERICA~~

REGINA G. JACKSON

CIVIL ACTION
#051705
RWR

VS

LIBRARY OF CONGRESS

101 INDEPENDENCE AVENUE S.E.

WASHINGTON D.C. 20540

202 707-5000

NOTICE OF FILING EXHIBITS TO COMPLAINT

13

Regina G. Jackson
3010 Hewitt Ave.
Apt. 275
Silver Spring Md
20906
301 460-2389

**RECEIVED**

SEP 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7. Personnel leave Approved letters dated Dece. 19, 1984 and Feb. 25, 1985. The leave cover time was 11/28/84 – 2/27/85 and 2/28/85 – 5/27/85.

8. letter from Personnel Management in Wash. DC dated Sept. 3, 1985 in reference to my disability retirement.

9. Report from Pa. Personnel Management Retirement dated May 5, 2005

10. Allegation of Discrimination dated April, 2005

11. Complaint of Discrimination dated April 29, 2005

12. Appeal

13. letter to Senator Barbara A. Mikulski

# EXHIBITS

1. Memorandum from L.O.C. from EEO Counselor dated Feb. 9, 1983. Before job injury, to Ms Jackson concering the right to file a complaint for discrimination

2. Letter to EEOCO, subject Appeal of rejected Cases in Discrimination Complaint.

3. Letter from EEOCO dated Oct. 11, 1984 it took from Jan. 13, 1983 to Oct 11, 1984 before my complaint was accepted for investigation

4. Wage Loss benefits statement from Dept of Labor. Check dated 3/25/85 but yet LOC started to fire Regina 3/6/85

5. 3/6/85 started to fire Regina

6 Legal services Rendered but still no conversation about being fired?

UNITED STATES GOVERNMENT

# *Memorandum*

**1.**

LIBRARY OF CONGRESS

**TO** : Regina G. Jackson  
Janitor, LJ Night Force  
Building Services Division

**DATE:** February 9, 1983

**FROM** : Christina C. Zirps  
EEO Counselor, Equal Employment  
Opportunity Complaints Office

**SUBJECT:** NOTICE OF FINAL INTERVIEW AND RIGHT TO FILE A COMPLAINT

This is notice that on the above date, I conducted the final counseling interview in connection with the matter you presented to the Equal Employment Opportunity Compliance Office. Since the matter has not been resolved to your satisfaction, you may now file a complaint if you still believe you have been discriminated against on the basis of race, color, religion, sex, national origin, age, physical or mental handicap, or sexual harassment.

Your complaint of discrimination must be in writing, on the proper form (16-5a), and filed with the Coordinator, Equal Employment Opportunity Compliance Office, LJ G-161, Library of Congress, Washington, D.C. 20540 not later than ten (10) workdays after receipt of this notice. Your complaint, whether filed by you or by your representative(s), must be signed by you as complainant.

I am attaching a copy of LCR 2010-3.1 so that you may be thoroughly familiar with your rights under this program and a Complaint of Discrimination form. Additional forms are available at the Equal Employment Opportunity Compliance Office (above address).

Attachments

16-3  (rev 6/81)

*2*

December 28, 1983

TO:        Mr. Alfred E. McEwen, Chief
           EEO Complaints Office

FROM:      Howard R.L. Cook *HRC*
           Employee Representative

SUBJECT:   Appeal of Rejected Bases in Discrimination Complaint


Your office continues to deny Complainants their basic rights of having their discrimination complaints fully processed.

Mr. Lloyd A. Pauls in a letter dated December 19, 1983 to Ms. Regina Gale Jackson informed her that the bases of race, color, and sexual harassment in her complaint of discrimination would not be addressed by your office. Mr. Pauls gave no reason for his action. He did advise Ms. Jackson of her right to appeal under LCR 2010-3.1, Section 6H.

Mr. Pauls is in violation of LCR 2010-3.1, Section 6G, because he did not provide the Complainant with the reason for his not accepting the rejected bases in her complaint.

This appeal is made for the reason that the specific provision under LCR 2010-3.1, Section 6 G was not followed by Mr. Pauls when he rejected the specific bases in the discrimination complaint of the Complainant. The Complainant is entitled to have her complaint fully investigated to protect her rights.



# THE LIBRARY OF CONGRESS

WASHINGTON, D.C.  20540

*2.*

October 11, 1984

Dear Ms. Jackson:

Attached is a list of questions concerning your complaint of discrimination filed with this office February 22, 1983.  Please answer all questions completely.

You are requested to return your responses (signed and notarized) within ten workdays of receipt.  Please feel free to contact Welton Belsches, Investigator or the EEO Complaints Office should you have any problems or concerns regarding this matter.

Sincerely,

Lloyd A. Pauls
Assistant Chief, Equal Employment
Opportunity Complaints Office

Enclosure

Regina Gale Jackson
1225 Southview Drive
Apt. T
Oxon Hill, Maryland, 20745

cc: Howard Cook

## U.S. DEPARTMENT OF LABOR — FEDERAL EMPLOYEE COMPENSATION
## WAGE LOSS BENEFITS STATEMENT

4

RLH089

U.S. DEPARTMENT OF LABOR
P. O. BOX 37117
WASHINGTON, D.C.  20013-7117

500820147

| | | |
|---|---|---|
| Case Number | 50-0820147 | |
| Soc. Sec. No. | -2274 | |
| Date of Injury | 02/25/83 | |
| Check Date | 03/29/85 | |
| Period Paid | 01/16/84 TO 12/26/84 | |

| Period Paid | From | | |
|---|---|---|---|
| Pay Rate 2,40 | Comp Rate 4 | Intermittent Hours Lost | |
| | | 755 | $10505.26 |

| | | |
|---|---|---|
| Gross Compensation | | |
| Less Deductions: | 502 | $1110.72 |
| Health Insurance Code  01/16/84 TO 12/26/84 | | |
| From                1 | | |
| Life Insurance | | $9.30 |
| Overpayments | | $0.00 |
| Other Payees | | $0.00 |
| | | $9385.26 |
| Net Check Amount | | $1254.96 |
| Agency Health Insurance Cost | | |

EMPLOYEE/PAYEE JAC NAME/ADDRESS
1225 SOUTHVIEW DRIVE
OXON HILL          MD 20745

REGINA    JACKSON
1225 SOUTHVIEW DRIVE
OXON HILL          MD 20745

(SEE REVERSE SIDE)
CA-102 (Rev. 3/83)

5

LIBRARY OF CONGRESS

NOTICE OF PROPOSED ADVERSE ACTION
*(In accordance with LCR 2020-3)*

INSTRUCTIONS TO DIVISION CHIEFS AND HEADS OF OFFICES: It is the responsibility of the initiator of this proposed adverse action to have read and be familiar with LCR 2020-3 in order that this form be completed in compliance with its provisions. Prepare an original and three carbon copies. The employee is to be given the original not less than 25 work days in advance of the proposed action; except that the notice for written reprimands shall be issued no less than five work days in advance. The employee must sign the reverse side of all carbon copies. Send one copy to the Office of Counsel for Personnel, one to the reply officer and retain one for the division's/office's records.

| To: Employee's Name | Position Title | | Grade |
|---|---|---|---|
| Regina Gale Jackson | Janitor | | WG-1 |
| Department | Division | Section | Ext. |
| ALM | Buildings Management | Bldgs. Serv. | 7-5152 |

From: Division Chief/Office Head  (Signature)        Date

*Gerald J Garvey*                         3/6/85

Date of written warning for failure to meet requirements of position (not required in cases of disciplinary action):

Nature of Proposed Adverse Action:

[X] Removal            [ ] Demotion

[ ] Transfer           [ ] Suspension

[ ] Reassignment       [ ] Written Reprimand

This action will become effective if approved by the Department head; you will be notified of the date, but it will be no sooner than __25__ work days.

Reason(s) supporting proposed adverse action.  (Include names, dates and places where known or reasonably obtainable, parts of official personnel records and any other additional documents and/or statements relied upon in support of the proposed action. Use additional paper if necessary.)

It is proposed that you be removed from your position in accordance with the provisions of LCR 2020-3 for the following reasons:

On February 25, 1983, you sustained a work related injury which required your absence from duty. You were subsequently scheduled for a Fitness for Duty Examination on July 19, 1983. Although the result of that exam indicated you were fit to resume full duties (Attachment A), the Health Services Office ultimately concurred with the opinion of your private physician who recommended that you be placed on a limited duty status.

IMPORTANT: READ OTHER SIDE OF THIS NOTICE.

LW 2/76 (rev 3/84)

UNITED STATES GOVERNMENT

# *Memorandum*

LIBRARY OF CONGRESS

TO    : Linda Perkins
        Chief Administrative Officer
        Buildings Management Division

DATE: May 10, 1984

FROM  : Raymon A. Noble, M.D.
        Chief, Health Services Office

SUBJECT: Fitness for Duty Examination of Regina Jackson


        Please be advised that Dr. Samir Azer examined Regina Jackson on
April 18, 1984.  He has found her to be fit for limited duty.  He concurs with
previous physician statements that lifting be limited to 20 pounds or less.
Since Ms. Jackson has apparently declined <u>definitive</u> therapy for this condition,
this recommendation is indefinite.

        Should job placement or job accommodation prove problematic, administra-
tive resolution is recommended over further medical resolution efforts.

"MANAGEMENT DIVISION"

MAY 11  10 18 PM '84

"RECEIVED LIBRARY
OF CONGRESS"

ATTACHMENT A

UNITED STATES GOVERNMENT

# *Memorandum*

LIBRARY OF CONGRESS

TO  :  Linda Perkins                                    DATE:   August 2, 1983
        Buildings Management

FROM  :  Raymon Noble, M.D.
          Chief, Health Services Office

SUBJECT:  Regina Jackson


        Please be advised that Dr. Barry Smith found Regina Jackson
to be fit for duty.  Based on the information he provided, I support
this recommendation.

A temporary limited duty assignment was identified for you in the Buildings Management Division from October 12, 1983 through January 14, 1984. Upon expiration of that temporary assignment, you were placed in a Leave Without Pay status pending further investigation by the Library for a suitable assignment. You were absent from your duties from January 16, 1984 until you reported for a Fitness for Duty Examination on April 18, 1984.

That Fitness for Duty Examination found that you were fit for limited duty for an indefinite period of time (Attachment B). Since the Division had no suitable limited duty assignment, the matter was referred to the Office of the Associate Librarian for Management on September 13, 1984. In an attempt to find a suitable assignment for you, you were asked to take the Library's clerical test on October 25, 1984. You failed that test and you failed to report for subsequent testing. Therefore, on November 28, 1984, a determination was made that the Library did not have a suitable position for you which would meet your physical limitations and your skills (Attachment C).

Therefore, in light of the fact that: (1) you have been determined unfit for duty in your present position due to medical reasons; (2) the Library has been unable to identify suitable placement for you due to your reported medical limitations; and (3) you have consequently remained in leave without pay status for a period in excess of one year, your removal from your position is proposed.

The following attachments to this proposal are considered as containing supporting reasons for the action and are incorporated by reference herein and made a part hereof.

Attachment A  -  8/2/83 memo from Dr. Noble to Linda Perkins.
Attachment B  -  5/10/84 memo from Dr. Noble to Linda Perkins.
Attachment C  -  11/28/84 memo from D. Lombardo to H. Blancheri.

My attorney's call

31.1 hours

6

### Legal Services Rendered
### (OWCP)

| Date | Services | |
|------|----------|---|
| 1/23/85 | Telephone call Regina Jackson | 30 mins |
| 1/30/85 | Telephone call Regina Jackson | 20 mins |
| 2/15/85 | Telephone call Regina Jackson Preparation for DHR Hearing | 30 mins |
| 2/19/85 | Appearance at DHR Hearing | 2 hrs — 3.20 min ✓ |
| 3/18/85 | Telephone call Steve Rumble | 15 mins |
| 3/18/85 | Telephone call Regina Jackson | 10 mins |
| 3/21/85 | Review of documents from Steve Rumble re: Representative Fee Applications | 10 mins |
| 3/21/85 | Review of Steve Rumble's letter concerning rejection of claim. | 20 mins |
| 3/21/85 | Discussion with Ms. Jackson re: OWCP's rejection of claim. | 30 mins — 1.25 m ✓ |
| 3/22/85 | Telephone call Regina Jackson | 15 mins |
| 3/26/85 | Telephone call Regina Jackson | 20 mins |
| 4/10/85 | Telephone call Regina Jackson | 10 mins |
| 4/11/85 | Telephone call Regina Jackson | 15 mins — 1 hr ✓ |
| 4/19/85 | Telephone call Regina Jackson | 15 mins |
| 4/29/85 | Telephone call Regina Jackson | 15 mins |
| 5/8/85 | Telephone call Regina Jackson Re:OWCP Notice of Rejection Future line of action by appellant. | 40 mins — 1.10 m ✓ |
| 5/14/85 | Telephone call Regina Jackson | 15 mins |
| 5/17/85 | Telephone call Regina Jackson | 20 mins |
| 5/23/85 | Telephone call Regina Jackson | 10 mins |
| 5/31/85 | Office conference Regina Jackson | 1½ hours — 2.15 min |
| 5/31/85 | Preparation of letter requesting hearing. | 15 mins |
| 6/12/85 | Telephone call Regina Jackson | 10 mins |

Why didn't, I tell my attorney I was being fired? The medication didn't allow me to think, about what was going on.

| Date | Services | |
|------|----------|--|
| 6/20/85 | Telephone call Regina Jackson | 15 mins |
| 7/2/85 | Telephone call Regina Jackson | 10 mins |
| 7/10/85 | Telephone call Regina Jackson | 20 mins |
| 7/10/85 | Telephone call Regina Jackson | 10 mins |
| 7/10/85 | Telephone call Charlotte King | 10 mins |
| 7/17/85 | Telephone call Regina Jackson | 15 mins |
| 7/30/85 | Telephone call Regina Jackson | 20 mins |
| 8/6/85 | Telephone call Regina Jackson | 25 mins |
| 8/22/85 | Telephone call Regina Jackson | 5 mins |
| 9/3/85 | Telephone call Regina Jackson | 20 mins |
| 9/17/85 | Telephone call Regina Jackson | 40 mins |
| 9/17/85 | Review of notice for informal hearing. | 20 mins |
| 9/27/85 | Telephone call Regina Jackson | 10 mins |
| 10/9/85 | Telephone call Regina Jackson | 15 mins |
| 10/15/85 | Telephone call Almetia Hamilton Group Health Assoc. | 20 mins |
| 10/15/85 | Telephone call Regina Jackson | 15 mins |
| 10/18/85 | Telephone call Rosaline Walker Group Health Assoc. | 30 mins |
| 10/18/85 | Trip to GHA to collect medical records. | 1 hr 30 mins |
| 10/18/85 | Review of medical records in preparation for hearing. | 2 hrs |
| 10/19/85 | Preparation for hearing | 4½ hrs |
| 10/19/85 | Conference Regina Jackson for preparation for hearing. | 1½ hrs |
| 10/21/85 | Informal hearing- Appearance at Department of Labor. | 3 hrs |
| 10/22/85 | Telephone call Regina Jackson | 25 mins |
| 11/18/85 | Review of statement - re transcript | 5 mins |
| 11/27/85 | Telephone call Regina Jackson | 10 mins |

| Date | Services | |
|------|----------|---|
| 12/4/85 | Telephone call Regina Jackson | 15 mins |
| 12/17/85 | Telephone call Regina Jackson | 30 mins |
| 12/23/85 | Telephone call Regina Jackson | 25 mins |
| 12/27/85 | Review and analysis of decision of Hearing Representative. | 1 hrs |
| 12/27/85 | Telephone call Regina Jackson re future line of action. | 1 hr 15 mins |

Costs

Telephone calls: $40.20

Photocopy costs: $58.00



# THE LIBRARY OF CONGRESS
### WASHINGTON, D.C. 20540

*7,*

PERSONNEL AND LABOR RELATIONS OFFICE

December 19, 1984

Approved Leave: <u>11/28/84–02/27/85</u>

Dear Ms. Jackson:

    This is to inform you that your request for leave of absence for the period shown above has been approved. If you wish to return to duty before the expiration date, or desire an extension, it is requested that you notify the Personnel and Labor Relations Office through your Division at least two weeks in advance of the date you wish to return to duty or two weeks in advance of the above expiration date if you desire an extension. Any extension of leave without pay must be fully justified.

    It is our obligation to inform you that in the event you do not elect to request an extension of leave and you are unable to return to duty, personnel procedures will be initiated for your separation from the Library staff on the expiration of this approved leave.

    If you are enrolled in the Federal Employees Health Benefits Program (FEHB) you will find a copy of Special Announcement 82–44 attached, which provides necessary information concerning payment for health benefits while in a nonpay status.

    If you have any questions regarding your leave without pay or your FEHB please call us on 287–5630.

Sincerely,

*Ralph L. Adams*

Ralph L. Adams
Personnel Operations Officer

Ms. Regina G. Jackson
1225 Southview Drive, #T
Oxen Hill, MD  20745



# THE LIBRARY OF CONGRESS

WASHINGTON, D.C. 20540

PERSONNEL AND LABOR RELATIONS OFFICE

February 25, 1985

Approved Leave: 2/28/85~5/27/85

Dear Ms. Jackson:

This is to inform you that your request for leave of absence for the period shown above has been approved. If you wish to return to duty before the expiration date, or desire an extension, it is requested that you notify the Personnel and Labor Relations Office through your Division at least two weeks in advance of the date you wish to return to duty or two weeks in advance of the above expiration date if you desire an extension. Any extension of leave without pay must be fully justified.

It is our obligation to inform you that in the event you do not elect to request an extension of leave and you are unable to return to duty, personnel procedures will be initiated for your separation from the Library staff on the expiration of this approved leave.

If you are enrolled in the Federal Employees Health Benefits Program (FEHB) you will find a copy of Special Announcement 82–44 attached, which provides necessary information concerning payment for health benefits while in a nonpay status.

If you have any questions regarding your leave without pay or your FEHB please call us on 287–5630.

Sincerely,

Ralph L. Adams
Personnel Operations Officer

Ms. Regina Jackson
1225 Southview Drive
Oxon Hill, MD   20021



United States
# Office of
## Personnel Management
Washington, D.C. 20415
SEP 3 - 1985

In Reply, Refer To                     Your Reference

REGINA G JACKSON        CSA-2 802 750

1225 SOUTHVIEW DR T
OXON HILL MD        20745



Dear   Ms Jackson:

This is in reference to your application for disability retirement.

To ensure that the documentation of your medical condition is complete
and up-to-date for final processing of your application for disability
retirement, we ask that you request your physician or treating medical
facility to provide the following information.  This information should
be readily available in records of your treatment and examinations.
Therefore, OPM will not authorize government payment for this
information.

> We need an updated, detailed medical examination with special
> emphasis on Orthopedic and Psychiatric evaluation, including
> response to treatment, current Diagnosis, and Prognosis.

Please give this letter to your physician or treating medical facility
immediately with instructions that the requested information is to be
forwarded to OPM within 30 days of receipt of this letter.  If we do not
hear from you or your physician within that time period, OPM will render
a decision based on the documentation in the file.

Sincerely,

*Frances A. Fountain*

Δor  **Elizabeth I. Meader, Chief**
     **Initial Claims Branch**
     **Disability and Special**
        **Entitlements Division**

cc:
Employing Agency



CON 114
January



United States
# Office of
# Personnel Management

Retirement Operations Center
PO Box 45
Boyers, Pennsylvania 16017

**9.**

REGINA G JACKSON
3010 HEWITT AVE – APT 275
SILVER SPRING MD 20906

May 5, 2005
A 2 802 750

Dear MS JACKSON:

Our records show that all retirement deductions withheld from your salary during Federal service were refunded to you. No further benefits are due.

| REFUND PAYMENT AUTHORIZED | | PERIODS OF SERVICE | |
|---|---|---|---|
| DATE | AMOUNT | BEGINNING DATE | ENDING DATE |
| 10/4/85 | $ 6,056.14 | 5/26/75 | 06/24/85 |

*No retirement deductions were withheld.

Sincerely,

Ruth O'Brien
Customer Service Representative
Customer Information Branch
1-888-767-6738

Standard Form 2805
(Rev. 4-80)

# REQUEST FOR RECOVERY OF DEBT DUE THE UNITED STATES
### (Civil Service Retirement System)

Office of Personnel Management
FPM Supplement 831-1

Office of Personnel Management
Retirement and Insurance Programs
Washington, D.C. 20415

| Name of Former Employee | | Date of Birth |
|---|---|---|
| Jackson, Regina Gate | | 03 11/90755 |

In order to liquidate an indebtedness to the United States, it is requested that the gross amount of the debt as shown be set off against the individual account in the Civil Service Retirement and Disability Fund of the former employee named herein. The individual retirement record, Standard Form 2806, of the former employee is (is not) attached.

When action has been completed, check should be forwarded to:

| Date of Termination of Service | Social Security Number | Amount of Indebtedness |
|---|---|---|
| June 26, 1985 | 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 | $ 1,722.80 |

| Department or Establishment | Location of Employment |
|---|---|
| Library of Congress | Washington, D.C. 20540 |

Reason for Indebtedness

Overdrawn Annual and Sick Leave

Appropriation and/or Fund (Title and Symbol Number)

03501.10.01    11.1

Disbursing Officer (Name and Symbol Number)

Edwin M. Krintz                    6192

① Disbursing Officer
  ② Library of Congress
  ③ Washington, D.C. 20540

②C
③F

NOTE TO AGENCY—The address shown above should be that of the office designated by the employing agency to receive evidence of the liquidation of the debt.

I further certify that the employee has been given due process in compliance with the Federal Claims Collection Standards. The employee consented to the offset.

*(signature)* Gloria Getrald

I hereby certify that the indebtedness identified above is properly due the United States (liquidated or certain in amount, if feasible), that all other means of recovery have been exhausted, and that the individual from whom the collection is sought has been given an opportunity for reconsideration of the collection, including waiver and/or compromise as applicable, before this request was made.

| Signature of Certifying Official | Date |
|---|---|
| *(signature)* Gloria Getrald | 7/9/85 |
| Title | Telephone No. (With Area Code) |
| *People Supervisor* | 202-277-5796 |

## OFFICE OF PERSONNEL MANAGEMENT
### REPORT OF ACTION ON REQUEST FOR RECOVERY

☐ Debtor has no amount to his credit in the Retirement Fund. Both copies of request are returned.

☐ We are unable to identify the debtor from the data furnished. If you will fill in the date of birth and return both copies of the request, another attempt will be made.

☐ Data you have furnished indicates that debtor is now an employee, and there is no showing that attempts to recover through employing agency have been exhausted. Both copies of request are returned.

☐ Other (Specify)

Civil Service
Retirement System

| | | Examiner |
|---|---|---|
| 2805-105 | 7540-00-634-4254 | |

☑ Retirement account is available for immediate set-off. You will be notified when recovery has been completed.

☐ Retirement deductions for last known period of service have been refunded. Both copies of request are returned.

☐ Retirement account for last known period of service has not been received in the Office of Personnel Management. Request for recovery has been indexed and filed for possible future action.

☐ Debtor has not filed an application for benefits. Request for recovery has been indexed and filed for possible future action.

☐ The amount of indebtedness is less than $25.00. Both copies of request are returned and set-off will not be made because the cost of recovery would exceed the amount of indebtedness.

*(signature)* Gloria Getrald

Previous Editions Not Usable

**Part 1 - To Office of Personnel Management**

# CSRS
**Civil Service Retirement System**

## APPLICATION FOR REFUND OF RETIREMENT DEDUCTIONS
### CIVIL SERVICE RETIREMENT SYSTEM

To avoid delay in payment: (1) Complete application in full; (2) Typewrite or print in ink.

Form Approved.
OMB No. 3206-0128
Expires 8-31-86

1. Name (Last, first, middle)
JACKSON Regina GALE

2. Date of birth (Month, day, year)
NOV. 3, 1955

3. Social Security Number
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

4. Are you a citizen of the United States of America?
☒ Yes ☐ No

5. List all other names you have used (including maiden name, if applicable)
none

6. Previous applications filed (indicate by "X")
☒ Refund ☐ Retirement Annuity

Have you paid deposit or redeposit for any period, including military service after 1956? (Check One)
☐ Full or Partially Paid ☐ Not Paid

Indicate whether US retirement deductions were withheld from your salary (Check One)
☐ Deposit or Redeposit ☐ Voluntary Contributions
Withheld ☐    Not Withheld ☐

7. List below all of your civilian and military service for the United States Government or District of Columbia

| Department or Agency (including bureau, branch, or division where employed) | Location of Employment (City, State, and ZIP Code) | Title of Position | Periods of Service | | Indicate whether US retirement deductions were withheld from your salary (Check One) |
| | | | Beginning Date | Ending Date | Withheld / Not Withheld |
|---|---|---|---|---|---|
| Library of Congress | Washington DC 20540 | Janitor | 5-26-75 | 6-26-83 | ✓ |

8. Have you accepted any further employment with the Federal or District of Columbia government (or arranged for such employment) to become effective within 31 days from the ending date of your last period of service?
☐ Yes → Complete items 9, 10, 11 and 12
☒ No

9. If you answer "Yes" to Item 8, are Civil Service Retirement deductions being withheld (or will they be withheld) from your salary during such employment?
☐ Yes ☐ No

10. Date of new appointment (Expected date if not yet reemployed)
N/A

11. Department or agency, including bureau, branch, or division, in which you are (or will be) employed
N/A

12. Location of new employment (City, State, and ZIP Code)
N/A

13. Indicate below whether you wish to have Federal income tax withheld from the interest portion of your refund:
☐ Withhold Federal income tax from the interest portion of my refund payment. If you elect withholding, the amount withheld will be 5% of the total interest payable.
☒ Do not withhold Federal income tax from the interest portion of my refund payment.

14. Are you now married?
☐ Yes → Give name of current spouse   N/A
☒ No

15. Have you performed a total of at least 18 months of civilian service for which retirement deductions were withheld?
☒ Yes → Complete item 15a.
☐ No

15a. Have you been divorced from anyone after May 6, 1957?
☐ Yes → In the space provided on the back of this form list all living former spouses from whom you were divorced after May 6, 1985, and to whom you were married for at least 9 months.
☒ No

16.

## APPLICANT CERTIFICATION

I understand that I am not legally entitled to receive a refund if I am reemployed or otherwise assigned to a position under the Civil Service Retirement System within 31 days of separating from my most recent position. I agree to notify OPM if I am employed again within this time period and will return or repay any refund paid to me under those circumstances.

I hereby certify that all statements in this application, including any information I have given on the back, are true to the best of my belief and knowledge and that the tax withholding election made here reflects my wishes.

WARNING—Any intentional false statement in this application or willful misrepresentation relative thereto is a violation of the law punishable by a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001)

Your signature (Do not print)
Regina Gale Jackson

Date
9-11-85

17. ADDRESS FOR MAILING REFUND CHECK

Number and Street
12225 Southview Dr

City, State, and ZIP Code
Reno Hill, Md 20745

Telephone Number (Including area code)
(301) 630-3762

WE CANNOT AUTHORIZE PAYMENT IF THIS ADDRESS IS ERASED OR OTHERWISE CHANGED

NOTE: This application should not be offered to a financial institution or other person as collateral or security for a loan. The retirement law [5 U.S.C. 8346(a)] provides that an employee's retirement contributions are not assignable. A former employee must apply for a refund personally and payment must be made directly to him or her. However, outstanding debts to the U.S. Government can, at the Government's request, be withheld from a refund, provided all legal requirements are met.

See the back of this form for important information concerning your application for refund of retirement deductions and for a Privacy Act Statement.

SEE BACK FOR MORE INFORMATION

OPM Form 1425 (1 Page)
May 1985

### FOR AGENCY USE ONLY

I certify that this agency received this OPM Form 1425 on the date shown below.

Signature of Agency Official

Date Received

Title

Agency Payroll Office Number

REPRODUCE LOCALLY

## PRELIMINARY DISABILITY RETIREMENT

| LAST NAME | FIRST NAME | MIDDLE NAME | DATE OF BIRTH MO / DAY / YR | SOC. SEC. NO. | AGENCY | PAYROLL OFFICE | LOCATION | PAYROLL OFFICE NO. |
|---|---|---|---|---|---|---|---|---|
| 1. JACKSON, | REGINA | GALE | 11 / 03 / 55 | 578 76 2274 | L. of C. | | WASHINGTON D.C. | 03-00-0001 |

(RECORD EACH NAME CHANGE— STRIKE OUT PREVIOUS NAME)

2. ____
3. ____
4. ____

DO NOT USE

### SERVICE HISTORY

| EFFECTIVE DATE (1) | ACTION (2) | BASE PAY (3) | DO NOT USE | REMARKS (4) |
|---|---|---|---|---|
| 5-26-75 | PERM. COND. APPT. | $3.92 hr. | | WG 1-1 |
| 10-27-75 | Pay Adj. | $3.99/Hr. | | WG 1-1 |
| 11-24-77 | W.I.G. | $4.16/Hr. | | WG 1-2 |
| 5/25/76 | CONV TO PERM | 4.16/HR | | WG 1-2 |
| 10/25/76 | PAY ADJ | 4.58/HR | | WG 1/2 |
| 4-26-77 | LWOP NTE 8-1-77 | 4.58/hr | | WG 1-2 |
| 8-2-77 | Ext of LWOP 8-15-77 | 4.58/Hr | | WG 1/2 |
| 8-15-77 | RTD | 4.58/Hr | | WG 1/2 |
| 9-12-77 | WIG | 4.76/Hr | | WG 1/3 |
| 10-24-77 | Pay Adj. | 4.97/Hr | | WG 1/3 |
| 10-23-78 | Pay Adj. | 5.25/hr | | WG 1-3 |
| 10-01-79 | PAY ADJ. | 5.32/hr | | WG-1-3 |
| 10-22-79 | PAY ADJ. | 5.59/hr | | WG-1-4 |
| 11-19-79 | WIG | 5.79/hr | | WG 1-4 |
| 10-20-80 | Pay Adj. | 6.15 hr. | | WG 1-4 |
| 10/19/81 | PAY ADJ | | | WG 1-4 |
| 11/16/81 | WIG | 6.68 | | WG 1-5 |
| 10/19/81 | pay adj | 6.44 | | WG 1-5 |
| 10/18/82 | Pay Adj. | 6.94 | | WG 1/5 |
| 01-23-84 | Pay Adjustment | 7.06 | | WG 1/5 |
| 01-30-84 | LWOP Ext 03-02-84 | 7.06 | | WG 1/5 |
| 03-03-84 | LWOP Ext 04-27-84 | 7.06 | | WG 1/5 |
| 04-28-84 | LWOP Ext 05-27-84 | 7.06 | | WG 1/5 |
| 05-28-84 | LWOP Ext 11-27-84 | 7.06 | | WG 1/5 |
| 11-28-84 | Ext. LWOP NTE 2/27 /85 | 7.06 | | WG 1-5 |

40 hours sick leave    G11 Reg. & Opt. Ins.    Last day in pay status: 1/27/84

No health Benefits    SCD: 5/26/75

### FISCAL RECORD

| YEAR (5) | CALENDAR YEAR SALARY DEDUCTIONS (6) | ACCUMULATIVE TOTAL SALARY DEDUCTIONS (7) | REMARKS (8) |
|---|---|---|---|
| 1975 | 330.27 | 330.27 | Ded. began 5/26/75 |
| 1976 | 586.95 | 917.22 | |
| 1977 | 388.88 | 1,306.10 | |
| 1978 | 656.42 | 1,962.52 | |
| 1979 | 751.25 | 2,713.77 | |
| 1980 | 837.24 | 3,551.01 | |
| 1981 | 896.45 | 4,447.46 | |
| 1982 | 721.79 | 5,169.25 | |
| 1983 | 754.42 | 5,923.67 | |
| 1984 | 132.47 | 6,056.14 | |
| 1985 | 0.00 | 6,056.14 | |

DEDUCTIONS AND SERVICE CERTIFIED CORRECT

*[signature]*

Payroll Supervisor

CSC 85-19

June 17, 1985

Standard Form 2806
February 1966    2806-104

INDIVIDUAL RETIREMENT RECORD
(CIVIL SERVICE RETIREMENT SYSTEM)

gpo    c48-16-80018-1    375-320

U.S. CIVIL SERVICE COMMISSION
F.P.M. SUPPLEMENT 831-1

1/27/84

PRELIMINARY DISABILITY RETIREMENT

| LAST NAME | FIRST NAME | MIDDLE NAME | | DATE OF BIRTH | | | SOC. SEC. NO. | | | AGENCY | PAYROLL OFFICE | LOCATION | PAYROLL OFFICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MO. | DAY | YR. | | | | | | | |
| 1. JACKSON, REGINA | | GALE | | 11 | 03 | 55 | 578 | 76 | 2274 | L of C | | Washington, DC | 03-00-0001 |

DO NOT USE

2. _____
3. _____
4. _____
(RECORD EACH NAME CHANGE—STRIKE OUT PREVIOUS NAME)

## SERVICE HISTORY

| EFFECTIVE DATE (1) | ACTION (2) | BASE PAY (3) | DO NOT USE | REMARKS (4) |
|---|---|---|---|---|
| 01/07/85 | Pay Adj. | 7.30 | | WG 1-5 |
| 6/14/85 | App. for Dis Ret Exec. | 7.30 | | WG 1-5 |

## FISCAL RECORD

| YEAR (5) | CALENDAR YEAR SALARY DEDUCTIONS (6) | ACCUMULATIVE TOTAL SALARY DEDUCTIONS (7) | REMARKS (8) |
|---|---|---|---|

**INDIVIDUAL RETIREMENT RECORD**
(CIVIL SERVICE RETIREMENT SYSTEM)

Standard Form 2806
February 1966   2806-104

GPO   c48—16—80919-1 · 375—020

U.S. CIVIL SERVICE COMMISSION
F.P.M. SUPPLEMENT 831-1

**Library of Congress - Equal Employment Opportunity Complaints Office**

## ALLEGATION OF DISCRIMINATION

**Pursuant to LCR 2010-3.1, Section 4, Precomplaint Procedures**
**(Because of Race, Color, Religion, Sex, National Origin, Age,**
**Physical or Mental Disability, Sexual Harassment, and/or Reprisal)**

*10*

1. Full Name

Regina Gale Jackson

**RECEIVED**

2. Telephone Numbers (including area code)

**APR 0 1 2005**

Home: 301 460-2389    Work: N/A

~~Equal Employment Opportunity~~
Complaints Office

| 3. Position Title | 4. Grade |
|---|---|
| Charforce (Janitor)-night | Grade 1 Step 5 |

| 5. Service Unit | 6. Division | 7. Section |
|---|---|---|
| LJ Janitor force - night | Building Management office | Building Services Section |

8. Indicate below basis of alleged discrimination

☐ A. Race. State your race  ☐ B. Color. State your color  ☐ C. Religion. State your religion  ☐ D. Sex. State your sex

☐ E. National Origin. State your national origin  ☐ F. Age. State your age, and date of birth

☒ G. Physical or Mental Disability. State the nature of your disability  ☐ H. Sexual Harassment. State your sex

I was unable to perform my duties as a Janitor, after job injury.

☐ I. Reprisal. Explain connection with the EEO process.

9. Name(s) and Title(s) of Person(s) you believe discriminated against you  Newton charforce supervisor  Dept. of Labor
Gerald J. Garvey chief head Division, Helen
Elmer Smith Labor force supervisor, Valerie B. Grasso Comp. Prog. Manager
Clyde Mc Phatter Head Division)

10. Name of Office in which alleged discrimination took place

Building Management & Comp. Program Manager & Dept of Labor

11. Date on which alleged discrimination took place (Month/Day/Year)

8/3/83    3/6/85, 7/2/85, 10/12/93,

12. Do you have a Representative?
☒ Yes (Answer A, B, C, and D)    ☐ No (Continue with Question 13)

A. Name of Representative

Scott Baron

B. Telephone Number of Representative (include area code)

(410) 823-2922

C. Address of Representative

528 E. Joppa Rd.

D. City, State, Zip Code

Towson, Md 21286

505 (2001/04)

Page 1 of 2 pages

**Continued on Verso**

13. Nature of Allegation. St___ _e facts underlying the allegations as it affe___ __u.

E.E.O. has ask me to summarize what appen and why I feel, I was discriminated against. Let me start off by saying this hell that I have been forced to live is unforgiveable my civil rights have be violated, rules and laws have been broken. Why!

Discrimination is not just a action or treatment it has been a way of life for me that the library of Congress and Dept of Labo. forced upon me for years.

From the very begining of my injury, because of the prescribed medications I was on due to the on the job injury. Percocet, darvocet, Anaprox and motrin, I was forced into a situation where I could not clearly defend myself. I had to take these medications 3 to 4 times a day which made me incoherent. I couldn even remember to tell my attorney, whom I was in close contact with, that the library of Congress was about to remov me. I had children to raise a single parent, all I was thinking about was how was I going to feed, clothe, and ke a roof over their heads. I was so afraid of Losing my only income, I felt it was the end for me. Depression set in then things for me took a turn for the worse; I lost m car, apartment, and I was fighting for my income. My supervisor Mrs. Newton kept on doing my compensati

14. What corrective action(s) are you seeking?

$5.5 million in damages plus attorney fees.
self the Library of Congress and Dept. of Labor contest t
in court, I will be force to RAise the Amount to 8 million dollars
plus attorney fees. Release my workers compensation since 199

To have my disability retirement penalty taken off And ha my back money release the Records will show I put in for it Sept 3, 1985.

Health, Dental & prescription Insurance for my family.

Restore my years in federal government  1975 - 2005 = 30y

15. Have you raised this issue in another forum?  NO

☐ Dispute Resolution Center. Name of Convenor: _____

☐ Grievance

16. Date of this allegation (Month/Day/Year)

4-1-05

17. Signature

*Regina Gale Jackson*

Allegation of Discrimination

Page 2 of 2 pag

paper wrong by not putting the correct dates and said the dates were conflicting but no one would listen to me. The employers at the library and dept of labor stuck togather to get rid of me after I got hurt.

My paper work will show you, that they all were against me and what they did to keep me away.

The discrimination, harassment, humiliation, shame, anxiety and mental anguish force me into 2 nervous break downs.

When my doctor said in aug. 3, 1983 I couldn't do any more of that type of work and to transfer me They decided to fire me instead. Even the dept. of labor over looked my doctor's request.

Later I took a typing test at the library and fail but I was told that when a job came up, if I quatify they would call me but they never did.

Also on March 23, 1983 President Reagan visited the Lib of Congress, if the building was close in 1980-81 as Valerie B. Grasso said, Tell me why would the Preside of the United States waste his time to come there,

Reports, statement, medical reports, hearing, proof that discrimination is a key factor along with torment, humil harassment, rules and laws were broken my civil righ have been violated, and no one but President Reagan corrected it, but him in 1987.

E.E.O. please send a message by honoring what I have ask for. My body has paid the price deterioration has been a Key factor "see my doctor statement" enclose

RECEIVED

APR 0 1 2005

Equal Employment Opportunity
Complaints Office

Also on page 2 of hearing dated March
10, 1987. On paragraph 2 my doctor
"Dr. Schumann" said after the second job
injury on July 13, 1983, he examined me
on July 15, 1983 and made a report saying
that on Aug. 3, 1983 he recommended this
after his examination quote; That appellant
be transferred to a job that did not involve
pulling and lifting.

No one paid any attention to my doctor's
recommendation, not the Library of
Congress nor the Dept. of Labor.

Also is a copy of a notice of action
dated March 6, 1985 sign by the division
cheif head Gerald J Garvey to removed
me from the library of Congress. He said
quote; 1. You have been determined unfit
for duty in your present position due
to medical reasons. Garvey also said
quote; on Feb. 25, 1983 you sustained a
work related injury which required
your absence from duty.
This is a clear case of discrimination

RECEIVED

APR 0 1 2005

On page 4 of Equal Employment Opportunity Commission Office dated Sept 20, 1993
The board said quote: The employing
agency reviewed the hearing transcript
and submitted comments dated Oct.
12, 1993 and Oct 26, 1993.
The agency disputed the claimants
testimony regarding the weight of
objects she lifted during her employment
at the library of congress.
Valerie B Grasso compensation program
manager for the library of Congress she put
that the library of congress was closed
and moved into the (new building in
1980-1981 not 1983 date of her injury.
Mr Elmer Smith said the heaviest item
that Ms. Jackson may have been required to
lift was an office trash can (12" length x
16" width) Mr Smith reports that quote:
Ms. Jackson has grossly exaggerated the
amount of lifting that was required of
the janitorial staff.
    Also a hearing dated March 10, 1987
at bottom of front page quote: The board
notes that the record indicates that appellant
regularly had to lift up to 44 pounds on
her job.

Another malicious and discriminating points made was 1. forcing me to pay back the leave I borrowed while waiting for my workers compensation, I act on fear and cancel my retirement disability annuity application 9-19-85 to get a lump sum to pay back the money I owe the Library.

2. Personnel and labor Relation office said on Feb. 25, 1985

It is our obligation to inform you that in the event you do not elect to request an extension of leave and you are unable to return to duty personnel procedures will initiated for your separation from the Library staff on the expiration of this approved leave.

My approved leave was 11/28/84 - 2/27/85 and 2/28/85 - 5/27/85. But Gerald J. Garvey cheif Head Division started and sign my removal papers on 3/6/85.

RECEIVED

APR 0 1 2005

Equal Employment Opportunity
Complaints Office

Library of Congress - Equal Employment Opportunity Complaints Office
## COMPLAINT OF DISCRIMINATION
### (LCR 2010-3.1)
**(Because of Race, Color, Religion, Sex, National Origin, Age,
Physical or Mental Disability, Sexual Harassment, and/or Reprisal)**

1. Full Name

REGINA Gale JAckson

2. Address

3010 Hewitt Ave Apt 275

| 3. City | State | Zip Code |
|---|---|---|
| Silver Spring | md | 20906 |

4. Telephone Numbers (including area code)

Home (301) 460-2389          Work: N/A

5. Are you now employed?

☐ Yes (Answer A, B, C, and D)      ☒ No (Continue with Question 6)

A. Name of Employer

B. Address of Employer

RECEIVED
160
APR 2 9 2005

Equal Employment Opportunity
Complaints Office

C. City, State, Zip Code

D. Current Position Title, and Grade or Salary

6. Date on which alleged discrimination took place (Month/Day/Year)

8/3/83 ,  3/6/85 ,  7/2/85 ,  10/12/93

7. Name(s) and Title(s) of Persons(s) you believe discriminated against you
Gerald J. Garvey chief Head Division, Helen Newton charforce supervisor, Dept of Elmer Smith Labor force supervisor, Valerie B. Grasso Comp. Prog. Manager, Clyde Labor mc Phatter Head Division

8. Name of Office which you believe discriminated against you

Building Management & Comp Program Manager & Dept of Labor

9. Indicate below alleged basis of discrimination

| ☐ A. Race. State your race | ☐ B. Color. State your color | ☐ C. Religion. State your religion | ☐ D. Sex. State your sex |
|---|---|---|---|

☐ E. National Origin. State your national origin          ☐ F. Age. State your age, and date of birth

☒ G. Physical or Mental Disability. State the nature of your disability          ☐ H. Sexual Harassment. State your sex

I was unable to perform my duties as a janitor after job injury.

☐ I. Reprisal. Explain connection with the EEO process

458 (2000/03)                                         Page 1 of 2 pages

Continued on Verso

10. Do you have a Representat

☒ Yes (Answer A, B, C, and D)   ☐ No (Continue with Question 11)

A. Name of Representative

Mr Scott Baron

B. Telephone Number of Representative (include area code)

(410) 823-2922

C. Address of Representative

528 E. Joppa Rd.

D. City, State, Zip Code

Towson, Md. 21286

11. Explain how you were discriminated against (treated differently than other employees or applicants) because of your color, race, religion, sex, national origin, age, physical or mental disability, sexual harassment, or because of reprisal. What action(s) was taken against you that you believe to be discriminatory? What harm, if any, were you subjected to in your work situation as a result of that action? (Attach continuation sheet, if necessary.) I was ask to explain how I was discriminated against I start off by saying this hell that I have been force to live is unforgiveable my civil rights have been violated, rules and laws have been broken. Why! Because of a job injury at the library of Congress, These acts against me has gone pass the act of discrimination alone, Malicious and suppression is a key factor in dealing with my civil rights as well. from the very beging of my injury because of the prescribed medications I was on due to the on the job injury in Feb. 25, 1983, Percocet, darvocet, Anaprox and motrin, I was force into a situation where I could not clearly defend myself I had to take these medications 3 to 4 times a day which made me incoherent I couldn't even remember to tell my attorney, whom I was in close

12. What corrective action(s) are you seeking? I am asking for $5.5 million in damages plus attorney fees paid. If the library of Congress and Dept of labor contest this in court. I will be force to raise the amount to $8 million dollars plus my attorney fees. Release my workers compensation since March 6, 1993. To have my disability retirement penalty taken off and have my back money release, the records will show I put in for it Sept 3, 1985, Health, Dental & prescription Insurance for my family because I have a 6 year old dependent. Restore my years in federal government. Mar 26, 1975 - 2005 = 30 yrs

13. Have you discussed your complaint with an Equal Employment Opportunity Counselor?

☒ Yes. Name of Counselor: Thelma L. S. Brown

☐ No

14. Have you raised this issue in another forum? NO

☐ Dispute Resolution Center. Name of Convenor: _____

☐ Grievance

15. Date of this complaint (Month/Day/Year)

4/29/05

16. Complainant's Signature

Regina Hale Jackson

Complaint of Discrimination

Page 2 of 2 pages

from number 11.
on form 458

1.

my attorney when

contact with ~~that~~ the library of Congress
was about to remove me from my
position. I had children to raise an single
parent, all I was thinking about was
how was I going to feed, clothe and
keep a roof over their heads. I was
so afraid of losing my only income.
I felt it was the end for me, depression
set in then things for me took a turn
for the worse. I lost my car, apartment
and I was fighting for my income
My supervisor Mrs Helen Newton kept
on doing my compensation paper
wrong, by not putting the correct dates
and dept of labor said the dates were
conflicting but no one would listen
to me. The employer at the library
and dept of labor stuck together
to get rid of me after I got hurt.
The paper work you have before you
will show you that they all worked
as a team and what they did to keep
me away. The discrimination, harass-
ment, humiliation, shame, anxiety and
mental anguish force me into 2 nervous
break downs.

RECEIVED

APR 2 8 2005

Equal Employment Opportunity
Complaints Office

2.

When my doctor said in Aug. 3 1983
I couldn't do any more of that
type of work and to transfer me,
they decided to fire me instead.
Even the dept of labor over looked
my doctors request.
Later I took a typing test at the library
and fail but I was told that when a
job came up, if I qualified they
would call me but they never did.

Also on March 23, 1983 President Reagan
visited the Library of Congress, if the
building was Close in 1980-81 as
Valerie B. Grasso said Tell me why
would the President of the United States
waste his time to come there, That's
what Valerie B. Grasso said to the
dept of labor about my job inquiry
on Feb. 25, 1983 she said I couldn't
have gotten inquiry because the
building was close in 1980-81 and
the third new building was open
she said that on my appeal papers
for Sept. - Oct 1993, She and Elmer
Smith lied on me.

3.

Reports, statements, medical reports, hearing proof that discrimination is a key factor along with torment humiliation harassment, rules and laws were broken my civil rights have been Violated, and no one back then but President Regan corrected it in 1987, but it didn't stop then.

E.E.O.C. please send a message by honoring what I have ask for. My body has paid the price deterioration has been a key factor "see my doctor statement "enclose.

Another malicious and discriminating points made were 1 forcing me to pay back the leave I borrowed while waiting for my workers compensation, I act on fear and cancel my retirement disability annuity application 9-19-85 to get a lump sum to pay back the money I owe the library.
2. Personnel and Labor Relation office said on Feb 25,1985 It is our obligation to inform you that in

4.

the event you do not elect to request
an extension of leave and you are
unable to return to duty personnel
procedures will initiated for your
separation from the Library Staff
on the expiration of this approved
leave.
  My approved leave was 11/28/84-
2/27/85 and 2/28/85 - 5/27/85
  But Gerald T. Garvey cheif
head division started and sign
my removal papers on 3/6/85.

Also on page 2 of hearing dated March
10, 1987. On paragraph 2 my docton
"Rh. Schumann" said after the second
job injury on July 13, 1983, he examined
me on July 15, 1983 and made a report
saying that on Aug. 3, 1983 he recommended
this after his examination quote; that
appellant be transferred to a job that
did not involve pulling and lifting.
No one pay any attention to my doctors
recommendation, not the Library
of Congress nor the dept. of Labor.

5.

Also is a copy of a notice of action
dated March 6, 1985 sign by the
division cheif head Gerald G. Garvey
to removed me from the library
of Congress. He said quote;
1. You have been determined unfit
for duty in your present position
due to medical reasons. Garvey
also said quote; on Feb 25, 1983
you sustained a work related
enjury which required your absence
from duty.
This is a clear case of discrimination.

On page 4 of hearing dated Sept 20,1993
The board said quote; The employing
agency reviewed the hearing transcript
and submitted comments dated Oct
12, 1993 and Oct, 26,1993.
The agency disputed the claimants
testimony regarding the weight of
objects she lifted during her employ-
ment at the library of Congress.
Valerie B. Grass compensation program
manager for the library of congress

6

she put that the library of congress was closed and moved into the new building in 1980-1981 not 1983 date of her injury. Mr Elmer Smith said the heaviest item that Ms. Jackson may have been required to lift was an office trash can (12" length x 16" width) Mr. Smith reports that quote; Ms Jackson has grossly exaggerated the amount of lifting that was required of a janitorial staff.

Also a hearing dated March 10, 1987 at bottom of front page quote; the board notes that the record indicates that appellant regularly had to lift up to 44 lbs. on her job.

In April 2003 Mrs Helen Newton told me she had retried in 1990 but in Oct. 1993 still more lies were made against me, to block me from my benefits but all my supervisors were gone. In April 2003 Senator

7.

Barbara A. Mikulski ask me to ask
Mrs Newton my former supervisor
to write a statement about my
job description and sign it.
Mrs Newton said she couldn't remember,
how could you not remember what
to do on a job when you worked
there for 30 years. So Mrs Newton
never wrote the statement out
for me, but I had another employee
to write it, here's a copy.

The Congressional staff knew
something was wrong but no one
really started to help alot until
all the paper work was found and
out before their eyes. Now the picture
is clear it was not just 1 or 2
years that I was discriminated
against the tormented, humiliation
and harassment and having the federal
government rules and laws broken
and my civil rights violated this
was all done over the past, just
about 22 year of my life. Having
said that;

8

My employers at the Library of Congress and Dept of Labor did this to me in hopes that I was not intelligent enough to put the paper work together. My civil rights suffered over 21 year of suppression I should think that the dallor amount plus everything I have ask for is the lease that should be done for me.

Hello! over 21 years of discrimination. Rodney King was beaten his civil rights violated in one day and he got 2-5 million dollars.

Please don't cut me short I need your help, I have not lived a life to look back on and smile only shame, humiliation, mental anguish and disbelief has followed me all because my employers took it upon them selves to discriminate against me, and no one stoped them and those years have been stolen from me.

FILED

MAY 1 6 2005

Equal Employment Opportunity
Complaints Office

12

I Regina H. Jackson am appealing
the actions taken against my case
# 05-67 because E.E.O.C knows it
violates my rights under the LCR
2010-3.1 section 7F, to ever having
my concerns fully investigated.

E.E.OC your office has denied me
of my rights to have my case fully
investigated and have justice served,
because let it be known that the
United States Senator Barbara A. Mikulski
was the one who open my case for
allegation of me being fired from
my job at the library of Congress
while on worker compensation.

Dr. Ricardo H. Grijalva did the
interview April 1, 2005 he knew the
case was over 21 years old and said
the case falls under the 1964 law
for discrimination.

I am appealing the actions taken against
case # 05-67 because you have not met
the concerns, of the library of congress
lying to Dept of Labor to keep my benefits
away from me. Mr. Elmer Smith did No
heavy lifting and Valerie B Grassi compensation
program manager for library of congress said
the building was close in 1980-81 she couldn't
have gotten injury in Feb 25, 1983.

I am appealing the actions taken against case # 05-67, also you have not met the concerns of the library forcing me to pull out my retirement fund after I had put in for disability retirement, letter dated Sept. 3, 1985 in hopes of me having benefits to raise my kids, but after I was fired the library demanded their money. I also have proof of the payback date and the amount given.

I am appealing the action taken against case # 05-67 also because you have not met the concerns that even though my disability retirement was approved I have not gotten any benefits.

There a problem my appeal is being reconsider by the same person that told me when he was young he was in a gang and he's been shot and stabed and he said quote look where I'm now, I changed my life around and so can you Dr. Ricardo H. Arijalvo, said Ms. Jackson forget about this case, get on with your life, don't let this case control your life he said, I said Dr. Ricardo I have no life, I'm 50 this year and my civil rights have been violated for over 21 years, my life has been stolen from me.

3.

I have been suppress all of those years by the library of Congress and Kept. of Labor, Sir I said I'm 50 this year, nothing has been done on my case how do I get on with my life when my concerns haven't been addressed.

Dr. Ricardo said go to collage or something, I told him what about my health my doctor said it's different now I have to take it easy. He said foreget about what your doctor said what do you think you can do. I was so up set and I said you don't under stand and walked back into ms Brown's office acting EEO counselor on my case.

I felt I was not being taken seriously that was April 29, 2005 I came back May 5, 2005 with the amount higher then the amount I was asking for, I feel that's the reason why my discrimination complaint was canceled and administratively closed with no further action will be taken concering this matter. This was said to shut me up completely because I said my voice will be heard and I won't stop until it is.

After this statement I fear for my life because once in a gang you're always be known.

4.

So I feel my appeal will not get a fair reconsideration.

E.E.O. case #05-67 was never table and put in writing as untimely, canceled and administratively Closed, but on April 29 my case #05-67 was place from allegation of discrimination to complaint of discrimination, so I am asking that the charges against my case be droped and investigated.

enclose letter from
office of Personnel
Management, dated
May 5, 2005
proof of forced
payment to L.O.C

Sincerely
Regina Gale Jackson
May 16, 2005

RECEIVED

MAY 1 6 2005

Equal Employment Opportunity
Complaints Office

*13.*

The Honorable Barbara A. Mikulski

Again I come to you in need of your help.
Please Senator Mikulski I have a problem with
E.E.O and EEOC. I filed the complaint of allegation
of Discrimination with EEO at the library of
Congress April 1, 2005.
Dr. Ricardo H. Girjalva did the interview he
said my case fall under the 1964 law for
discrimination he ask me what took
me so long to file. I gave my medical report
to him. I told him the prescribed medication
I was on due to my on the job injury at the
Library of Congress I was not able to defend
my self, the medication Percocet and darvocet
made me incoherent. I showed him proof
of that, he said O.K.
After Dr. Girjalva finished the interview, he
told me I would get a letter saying what
to do next. letter dated April 31, 2005 came
in from EEO, it said nothing about being
untimely or not accepting, or that the case was

1

being canceled. It did give me the right to take
my case to the next level, which was formal complaint
which I did April 29, 2005 within the time period
given. Then May 16, 2005 I received a letter
from T. Dean flower acting assistant chief EEO
complaints office saying my case #05-67
was untimely and is hereby canceled and
administratively closed and No further action
will be taken Concerning this matter. Senator
the purpose of EEOC is to enforce EEO
resolution, that was not done. EEOC went against
EEO recommendation. Senator under the LCR
2010-3.1 Section 7F says if this act takes
place I shall be preclude from future refiling
of the same complaint. That means this case
#05-67 is over, and my rights and benefits
would be blocked for good. The violation at
that point can't even go to court, which the
regulation say, but if case #05-67 is
accepted with EEO and EEOC I get go to
court if needed. Also this is the same
person that told me to get on with my life.
Dr. Ricardo Grijalva is the one who has

2.

My appeal dated May 16, 2005 befor him now.
My appeal is enclosed.

Looking for help I went to EEOC on L st.
N. W. and spoke to two judges there, they both
said, you're the one that could help me now.
They also sent me to US office of Special
Councel, I was told they don't do walk ins,
My time is up Friday May 20, 2005
Please, I beg of you I need this matter
address now. EEOC at L OC fax number
is enclose.

The library of Congress laws need to be
changed because the employees their have
no rights to protect them. This is told by the
EEOC on L st N.W., who tried to help me
but couldn't. Please Senator Mikulski take
this serious problem to the floor and have
the laws at L.O.C. changed. There need
to be some one to over see EEOC to
make sure our rights are protected

3.

finally Please help me with my case #05-67
I would like to have my concerns addressed
and investigated and resolve in my behalf.
Could you do an indepent review of my case
if not who? EEOC is not fair, my case
will not get a fair recommendation if
you don't step in and help me. Thank you!

enclosed
May 17 2005 statement from judge on L st N.W.
allegation of discrimination dated April 1, 2005
complaint of discrimination dated April 29, 2005
letters dated April 21, 2005 from EEO and
May 10, 2005 letter from EEOC
May 16, 2005 appeal.
fax for L.OC. EEOC
   202
   707-5569

Sincerely
Regina G. Jackson
(301)460-2389

4.

# Certificate of Service

I Regina G. Jackson will mail a copy of this notice of filing to. Library of Congress
101 Independence Ave. SE
Washington D.C.
20540

on Sept. 19, 2005

Regina G. Jackson