UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REGINA G. JACKSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-1705 (RWR) |
| | ) | |
| LIBRARY OF CONGRESS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____

MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7220

Dated: October 31, 2005

## **CERTIFICATE OF SERVICE**

I certify that the foregoing **Praecipe** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> **REGINA G. JACKSON**
> **3010 Hewitt Avenue**
> **Apt. # 275**
> **Silver Spring, MD 20906**

on this _____ day of _____, _____.

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530