UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA G. JACKSON )<br>)<br>Plaintiff, )<br>)<br>v.   )<br>)<br>LIBRARY OF CONGRESS )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.: 05-1705 (RWR) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant, identified in the Complaint as the Library of Congress, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint. Defendant requests that the deadline for responding be extended thirty days, from October 31 to November 30, 2005. This is Defendant's first request for an enlargement of time in this case, and no scheduling order has been entered. Plaintiff, *pro se*, has graciously consented to this motion.

This enlargement of time is sought because additional time is needed for counsel for Defendant to confer with agency counsel about the circumstances of this case. Plaintiff's complaint refers to events extending from 1983 through 2005. Counsel for Defendant has been in contact with agency counsel, but has been unable to obtain all of the necessary information and formulate Defendant's response prior to the current deadline. Counsel had hoped to be able to file Defendant's response to the complaint on or before October 31, 2005. However, due to deadlines in counsel's other cases in an active docket, including Greenhill v. Spellings, 05-1100 (RBW), and two Court of Appeals deadlines in Long v. Mineta, 05-5281, and Hall v. CIA, 04-5235, and due to counsel for Defendant's increased workload managing a portion of the caseload

of a colleague, who has been out of the office with a serious illness, counsel for Defendant has been unable finalize Defendant's response prior to the current due date. Following further consultation with agency counsel, counsel for Defendant anticipates that she can better address the relevant issues in this case.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to November 30, 2005.

Dated: October 31, 2005    Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> **REGINA G. JACKSON**
> **3010 Hewitt Avenue**
> **Apt. # 275**
> **Silver Spring, MD 20906**

on this _____ day of _____, _____.

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530