UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA G. JACKSON )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>JAMES BILLINGTON, )<br>Librarian, Library of Congress )<br>)<br>    Defendant )<br>_____) | Civil Action No. 05-1705 (RWR) |

**ORDER**

This matter having come before the Court on Defendant Library of Congress's Motion to Dismiss, the memoranda in support and opposition, and the entire record in this case, it is this _____ day of _____ hereby

ORDERED that Defendant's Motion _____ is hereby GRANTED; and it is

FURTHER ORDERED that plaintiff's claims are hereby DISMISSED in their entirety, with prejudice.

_____
United States District Judge