UNITED STATES GOVERNMENT

# Memorandum

LIBRARY OF CONGRESS

TO : Regina G. Jackson
     Janitor, LJ Night Force
     Building Services Division

FROM : Christina C. Zirps
     EEO Counselor, Equal Employment
      Opportunity Complaints Office

SUBJECT: NOTICE OF FINAL INTERVIEW AND RIGHT TO FILE A COMPLAINT

DATE: February 9, 1983

This is notice that on the above date, I conducted the final counseling interview in connection with the matter you presented to the Equal Employment Opportunity Compliance Office. Since the matter has not been resolved to your satisfaction, you may now file a complaint if you still believe you have been discriminated against on the basis of race, color, religion, sex, national origin, age, physical or mental handicap, or sexual harassment.

Your complaint of discrimination must be in writing, on the proper form (16-5a), and filed with the Coordinator, Equal Employment Opportunity Compliance Office, LJ G-161, Library of Congress, Washington, D.C. 20540 <u>not later than ten (10) workdays after receipt of this notice</u>. Your complaint, whether filed by you or by your representative(s), must be signed by you as complainant.

I am attaching a copy of LCR 2010-3.1 so that you may be thoroughly familiar with your rights under this program and a Complaint of Discrimination form. Additional forms are available at the Equal Employment Opportunity Compliance Office (above address).

Attachments

16-3 (rev 6/81)    /8,

December 28, 1983

TO:      Mr. Alfred E. McEwen, Chief
          EEO Complaints Office

FROM:   Howard R.L. Cook *HRC*
          Employee Representative

SUBJECT: Appeal of Rejected Bases in Discrimination Complaint

    Your office continues to deny Complainants their basic rights of having their discrimination complaints fully processed.

    Mr. Lloyd A. Pauls in a letter dated December 19, 1983 to Ms. Regina Gale Jackson informed her that the bases of race, color, and sexual harassment in her complaint of discrimination would not be addressed by your office. Mr. Pauls gave no reason for his action. He did advise Ms. Jackson of her right to appeal under LCR 2010-3.1, Section 6H.

    Mr. Pauls is in violation of LCR 2010-3.1, Section 6G, because he did not provide the Complainant with the reason for his not accepting the rejected bases in her complaint.

    This appeal is made for the reason that the specific provision under LCR 2010-3.1, Section 6 G was not followed by Mr. Pauls when he rejected the specific bases in the discrimination complaint of the Complainant. The Complainant is entitled to have her complaint fully investigated to protect her rights.



THE LIBRARY OF CONGRESS

WASHINGTON, D.C. 20540

October 11, 1984

Dear Ms. Jackson:

    Attached is a list of questions concerning your complaint of discrimination filed with this office February 22, 1983. Please answer all questions completely.

    You are requested to return your responses (signed and notarized) within ten workdays of receipt. Please feel free to contact Welton Belsches, Investigator or the EEO Complaints Office should you have any problems or concerns regarding this matter.

Sincerely,

Lloyd A. Pauls
Assistant Chief, Equal Employment
Opportunity Complaints Office

Enclosure

Regina Gale Jackson
1225 Southview Drive
Apt. T
Oxon Hill, Maryland, 20745

cc: Howard Cook

20.



THE LIBRARY OF CONGRESS

WASHINGTON, D.C. 20540

PERSONNEL AND LABOR RELATIONS OFFICE

December 19, 1984

Approved Leave: 11/28/84-02/27/85

Dear Ms. Jackson:

    This is to inform you that your request for leave of absence for the period shown above has been approved. If you wish to return to duty before the expiration date, or desire an extension, it is requested that you notify the Personnel and Labor Relations Office through your Division at least two weeks in advance of the date you wish to return to duty or two weeks in advance of the above expiration date if you desire an extension. Any extension of leave without pay must be fully justified.

    It is our obligation to inform you that in the event you do not elect to request an extension of leave and you are unable to return to duty, personnel procedures will be initiated for your separation from the Library staff on the expiration of this approved leave.

    If you are enrolled in the Federal Employees Health Benefits Program (FEHB) you will find a copy of Special Announcement 82-44 attached, which provides necessary information concerning payment for health benefits while in a nonpay status.

    If you have any questions regarding your leave without pay or your FEHB please call us on 287-5630.

Sincerely,

Ralph L. Adams
Personnel Operations Officer

Ms. Regina G. Jackson
1225 Southview Drive, #T
Oxen Hill, MD  20745

21



# THE LIBRARY OF CONGRESS
WASHINGTON, D.C. 20540

PERSONNEL AND LABOR RELATIONS OFFICE

February 25, 1985

Approved Leave: 2/28/85-5/27/85

Dear Ms. Jackson:

    This is to inform you that your request for leave of absence for the period shown above has been approved. If you wish to return to duty before the expiration date, or desire an extension, it is requested that you notify the Personnel and Labor Relations Office through your Division at least two weeks in advance of the date you wish to return to duty or two weeks in advance of the above expiration date if you desire an extension. Any extension of leave without pay must be fully justified.

    It is our obligation to inform you that in the event you do not elect to request an extension of leave and you are unable to return to duty, personnel procedures will be initiated for your separation from the Library staff on the expiration of this approved leave.

    If you are enrolled in the Federal Employees Health Benefits Program (FEHB) you will find a copy of Special Announcement 82-44 attached, which provides necessary information concerning payment for health benefits while in a nonpay status.

    If you have any questions regarding your leave without pay or your FEHB please call us on 287-5630.

Sincerely,

Ralph L. Adams
Personnel Operations Officer

Ms. Regina Jackson
1225 Southview Drive
Oxon Hill, MD  20021

22.

LIBRARY OF CONGRESS

NOTICE OF PROPOSED ADVERSE ACTION
*(In accordance with LCR 2020-3)*

---

INSTRUCTIONS TO DIVISION CHIEFS AND HEADS OF OFFICES: It is the responsibility of the initiator of this proposed adverse action to have read and be familiar with LCR 2020-3 in order that this form be completed in compliance with its provisions. Prepare an original and three carbon copies. The employee is to be given the original not less than 25 work days in advance of the proposed action; except that the notice for written reprimands shall be issued no less than five work days in advance. The employee must sign the reverse side of all carbon copies. Send one copy to the Office of Counsel for Personnel, one to the reply officer and retain one for the division's/office's records.

| To: Employee's Name | Position Title | Grade |
|---|---|---|
| Regina Gale Jackson | Janitor | WG-1 |
| Department | Division | Section | Ext. |
| AIM | Buildings Management | Bldgs. Serv. | 7-5152 |

From: Division Chief/Office Head (Signature)    Date

*Gerald J. Garvey*    3/6/85

Date of written warning for failure to meet requirements of position (not required in cases of disciplinary action):

Nature of Proposed Adverse Action:

[X] Removal          [ ] Demotion

[ ] Transfer         [ ] Suspension

[ ] Reassignment     [ ] Written Reprimand

---

This action will become effective if approved by the Department head; you will be notified of the date, but it will be no sooner than __25__ work days.

---

Reason(s) supporting proposed adverse action. (Include names, dates and places where known or reasonably obtainable, parts of official personnel records and any other additional documents and/or statements relied upon in support of the proposed action. Use additional paper if necessary.)

It is proposed that you be removed from your position in accordance with the provisions of LCR 2020-3 for the following reasons:

On February 25, 1983, you sustained a work related injury which required your absence from duty. You were subsequently scheduled for a Fitness for Duty Examination on July 19, 1983. Although the result of that exam indicated you were fit to resume full duties (Attachment A), the Health Services Office ultimately concurred with the opinion of your private physician who recommended that you be placed on a limited duty status.

IMPORTANT: READ OTHER SIDE OF THIS NOTICE.

LW 2/76 (rev 3/84)        23

YOU ARE ADVISED THAT:

1. This is a proposed action and not a decision of final action.

2. You have the right to review any material used to support the proposed adverse action, including all records listed on the other side of this notice. These records will be made available to you at your request in __Bldgs. LM G-03__.

3. You have the right to reply, orally and/or in writing, and to submit affidavits in support of your answer, to __Mr. Cy Brownstein__ in the __PHOTODUP Office__. Your reply to the purposed action will be considered by the Department Director (or Director of Personnel, when applicable) before a final decision is made.

4. Your reply, if any, must reach _____ not later than __15__ work days after the day you received this notice. If you are unable to comply within that time period because of extenuating circumstances, you are advised to consult with the Office of Counsel for Personnel, as only that office has the authority to extend the reply period. [See LCR 2020-3, Section 7.E. (7).]

5. Your reply may cover all matters you deem relevant to the merits of the proposed action or any matters in mitigation or extenuation which you consider appropriate.

6. You have the right to the assistance of a representative in preparing your reply, but excluded from participation as a representative are supervisors and any member of the Personnel Office, a departmental office, the Equal Opportunity Office, and the Librarian's Office.

7. With prior supervisory approval, you and your representative, if any, are entitled to a combined 20 hours of official time, if otherwise in an active duty status, for preparing your defense from this action. Requests for official time in excess of 20 hours or disputes regarding the amount of official time for this purpose will be referred by your supervisor to the Office of Counsel for Personnel for a decision, which shall be final and binding upon all parties and not subject to formal appeal. [See LCR 2020-1, Section 3.C. (3), and LCR 2020-3, Section 7.E. (8).]

8. You have the right to interview any witnesses identified on the front side or in supporting documents whose statements support the proposed action. Arrangements may be made through your Division Office for such interviews. All Library employees are required to cooperate. [See LCR 2020-3, Section 2.E.]

9. If you wish to make an oral reply, you and/or your representative will have the opportunity to examine witnesses against you and to present witnesses in your behalf at the time of such reply.

10. The staff of the Staff Relations Office, LM 636 is available to advise you and/or your representative about the consequences of the proposed action and the procedures for appealing it.

COPIES OF REGULATIONS REFERENCED ABOVE ARE AVAILABLE IN THE DIVISION OFFICE OR THE STAFF RELATIONS OFFICE.

The undersigned acknowledges having received a copy of this notice and is fully aware of the proposed adverse action.

Signature_____ Date_____

(Typed name)___Regina Gale Jackson_____

24.

LIBRARY OF CONGRESS REGULATIONS

LCR 2010-3.1
p. 1

Subject: Resolution of Problems, Complaints, and Charges of Discrimination in Library Employment and Staff Relations Under the Equal Employment Opportunity Program

Section 1. Purpose

This Regulation states the Library's policies and procedures for the resolution of problems, complaints, or charges relating to discrimination, as defined in Section 2.A. of LCR 2010-2, Policy of Non-Discrimination in Library Employment and Staff Relationships under the Equal Employment Opportunity Program, received from individuals or groups in the Library or from applicants for employment.

Section 2. Policy

A. It is the policy of the Library to provide an impartial and expeditious counseling and investigatory activity as part of the Equal Employment Opportunity Program, which shall assure access by all staff and attempt prompt solution to problems, complaints, or charges of discrimination based on grounds of race, color, religion, sex, national origin, age, physical or mental handicap, or sexual harassment. All staff members shall cooperate in providing information and consultation, and supervisors shall allow an adequate amount of official time for solutions to equal opportunity problems. Conciliation and resolution of complaints shall be sought by all parties concerned at all stages of the process provided for in this Regulation.

B. Should discrimination be found and/or charges of discrimination sustained under this Regulation, disciplinary action against those responsible shall be taken when it is appropriate.

C. Where it has been determined that remedial action is appropriate, it shall be provided within the law and Library Regulations.

Section 3. Assignment of Responsibilities

A. Equal Employment Opportunity Complaints Office (EEOCO)

The EEOCO shall be responsible for developing and executing the program and procedures for the resolution of complaints and charges of discrimination, including the hearing procedures. It shall operate under the general guidance of the Associate Librarian for Management, who provides direction to the Chief, EEOCO, who in turn, directs the EEOCO staff. Any conflicts which staff members may have between their duties as Equal Opportunity Officers and Counselors and their official positions shall be resolved by the Chief.

(Supersedes April 20, 1983, issuance
of page 1 of LCR 2010-3.1)

Office of The Librarian                           25.                           September 28, 1984

3010 Hewitt Avenue #275
Silver Spring, MD 20906
Phone: 301-460-2389
Fax: 301-460-2389


Regina Jackson

# Fax

To: Mrs Helen Newton          From: Regina Jackson
Fax: 301 735-3163             Date: 4/27/03
Phone: 301 735-3573           Pages: 6 plus cover page
Re: A statement from you      CC:

☒ Urgent   ☐ For Review   ☐ Please Comment   ☒ Please Reply   ☐ Please Recycle

ASAP

Mrs Helen Newton,

When we spoke over the phone I told you about Mr Elmer Smith lies he and Mr. Valerie B. Grasso wrote here is a copy of my transcript it is confidential so after you let Mrs. Suggs read it Please mail it back to me. Thank You!
I will let you know when this case is over. Senator Barbara Mikulski, said get the statement notarized and mail it back to me. Her number is (410) 962-4510. If you need to call her.

Sincerely,
Regina G. Jackson

(ASAP)

26.

April 27, 2003

Dear Mrs Helen Newton

I was told by Senator Barbara Mikulski that the statement that you give should be notarized. If this cost you any money to have it notarized let me know so I can reimburse you.

As you can see Mr. Elmer Smith didn't have the right to make a statement lik that, he lied. Mrs Newton you know sometimes we had to drag boxes of trash across the floor to the elevator because they were too heavy to lift.

The only thing I need from you is a statement saying that you are Newton and you are one of my former charforce supervisors from the Library of Congress and you recall one of the job description being lifting. Also on my transcript dated Oct 12, 1993 Valerie B. Grasso compensation program manager for the Library of Congress she put that the Lib. of Congress moved into a (new) building in 1980-81 not 1983. I don't care when the move took place but, I know we were still cleaning that building in February 1983 date of my injury

27.

I believe you told me you retired 1990.

All I ask is that you Please try to clear-up the lies that was made against me. Please it took me a long time to find you, Mr. McPhatter told me to ask you or Mrs Suggs to give the statement, I felt since your name was on the transcript it would be best if it came from you, since Mr. Francis Frazier is deceased and Mrs Suggs names is not on the transcript. Please Mrs Newton as of March 6, 1993 my only income was cut-off because of the lies. For ten years I have had congressional staff members and the Presidents office working with me trying to solve this case. In the Name of God Please help me. The statement has to be mailed to me since its being notarized my address is

3010 Hewitt Ave. Apt. 275
Silver Spring Md. 20906
  301 460-2389
Senator Barbara Mikulski
  (410) 962-4510

Thank You
Sincerely
Regina G. Jackson

28.

response to my letter

May 5, 05

Dear Ms Jackson

After reading your papers, I do not have any knowledge of your case. Therefore I'm cannot comment on the case. I'm sorry.

Helen M. Newton

I Think Mc Phatter have more information on the case

This was Mrs Newton response to my letter.

29.

May 14, 2003

To Whom It May Concern:

I Laura C. Price verify that the Library of Congress char force was still in existence during 1983 – 1984. I was still in contact with Stanley Turner throughout that time. Helen Newton and France Frazer were acting supervisors. The job consisted of heavy lifting of trash up to 44 lbs., which was part of the job description. I am sworn to these truths.



Laura C. Price
(Former co-worker)

My Comm. Exps. 10/18/03

City/County of Lusby, Calvert
State of Maryland
Sworn to and subscribed before me this 14th
day of May 20 03
Witness my hand and official seal.
Tilghman, Notary Public

30.

5-24-05

# Affidavit

I, Howard R.L. Cook do swear that the Library of Congress first opened in 1897, and I was employed at the Library of Congress from October 1960 to October 1989, and all Library of Congress buildings were open, and fully operational in 1983.

*Howard R.L. Cook*

Howard R.L. Cook

May 24, 2005

*Barbara H. Whipp,
Notary*

My commission Expires
November 1, 2005

31.