UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 29 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

REGINA G. JACKSON

Plaintiff

v.

JAMES BILLINGTON,

Librarian, Library of Congress

Defendant

Civil Action
No. 05-1705 (RWR)

## PLAINTIFF OBJECTION TO MOTION FOR DISMISSAL

I Regina G. Jackson pro se am asking the

court to consent MOTION for EXTENSION of TIME in the amount of 15 days.

I Regina G. Jackson pro se spoke to Megan L. Rose assistant, United States attorney by phone December 29, 2005 and got her (Megan L. Rose) approval for the 15 day extension, that I Regina G. Jackson am asking the court for.

I Regina G. Jackson, pro se am hereby requesting that the court excuse, Regina G. Jackson pro se labling of the documents accordingly to the courts regulations. Documents given to the court December 27, 2005 may not have been labled

according at the end of each Motion, argument, and burden of proof submitted.

Unfortunally I Regina G. Jackson pro. se just recieved the Rule book of the United States District Court for the District of Columbia on 12/27/05 case no. Civil Action NO. 05-1705 (RWR)

Enclosed were 15 pages of Motions and factual Background
2 pages of conclusions
14 pages of Burden of proof, fax, letters, memorandums, notorized statement and affiavit. December 29, 2005

Respectfully submitted

Regina G. Jackson pro se
REGINA G. JACKSON
3010 Hewitt Ave. Apt 275
Silver Spring Md
20906

301 460-2389

A copy of this Motion will be mailed to Assistant U.S. attorney Megan L. Rose Judiciary Center Building Civil Division 555 4th Street N.W. Washington, D.C. 20530
Dece, 30, 2005
202 514-7220

Civil action
No. 05-1705 (RWR)

6 pages of documents for motion of extented time.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA GALE JACKSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIBRARY OF CONGRESS, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1705 (RWR) |

## ORDER DIRECTING PLAINTIFF TO RESPOND
## TO DEFENDANT'S MOTION TO DISMISS

Defendant, by counsel, moves to dismiss the complaint. Because a ruling on defendant's motion potentially could dispose of this case, the Court hereby advises *pro se* plaintiff of her obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992).

Plaintiff is advised that the Court will rule on defendant's motion taking into consideration the facts proffered in the complaint, along with plaintiff's response or opposition to it. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within ... such ... time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). In addition, plaintiff's attention is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

1

> Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party [by mail], 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e). The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

ORDERED that, on or before **December 30, 2005**, plaintiff shall file her opposition or response to defendant's motion to dismiss. If plaintiff fails to respond timely, the Court may grant defendant's motion as conceded, and summarily may dismiss the complaint.

SO ORDERED.

Signed this 30th day of November, 2005.

_____/s/_____  
RICHARD W. ROBERTS  
United States District Judge

2