UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA G. JACKSON )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>LIBRARY OF CONGRESS )<br>)<br>      Defendant. )<br>_____ ) | Civil Action No.:  05-1705 (RWR) |

**PROTECTIVE MOTION FOR ENLARGEMENT OF TIME TO REPLY**

      Defendant Library of Congress, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to reply to Plaintiff's opposition.  Defendant requests that the deadline for responding be extended thirty days, from January 11 to February 10, 2006.  This is Defendant's first request for an enlargement of time to reply, and no scheduling order has been entered.  Counsel for Defendant contacted Plaintiff, *pro se*, concerning her position on this motion, and she stated that she objects to an extension.

      This enlargement of time is sought because counsel for Defendant did not receive notice of Plaintiff's opposition until January 2, 2006, when the document was entered on the Court's electronic filing system.  See Docket Entry No. 11.  On that same day, January 2, 2005, counsel for Defendant also received via the Court's electronic filing system Plaintiff's "Errata," which indicated that she was requesting a 15-day extension to submit proper documentation to the Court.  See Docket Entry No. 12.  Counsel for Defendant is not entirely sure as to the extent of Plaintiff's additional submissions, and thus, out of an abundance of caution, files this protective motion for enlargement of time in order to receive the submissions and properly respond to Plaintiff's opposition.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate their reply will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for responding be extended to February 10, 2006.

Dated: January 10, 2005    Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7220

## CERTIFICATE OF SERVICE

     I certify that the foregoing **Protective Motion For Enlargement of Time** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> REGINA G. JACKSON
> 3010 Hewitt Avenue
> Apt. # 275
> Silver Spring, MD 20906

on this _____ day of _____, _____.


                                               MEGAN ROSE
                                               Assistant United States Attorney
                                               Judiciary Center Building
                                               Civil Division
                                               555 4th Street, NW
                                               Washington, D.C. 20530