# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

REGINA G JACKSON
  Plaintiff

V.

JAMES BILLINGTON
Librarian, Library of Congress

  Defendant

CIVIL ACTION
NO. 05-1705 (RWR)

_Plaintiff Motion to settle in favor of_
_Plaintiff Regina G. Jackson pro se with_
_burden of proof._

I Regina G. Jackson pro se submitted

RECEIVED

I,    JAN 13 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

December 27, 2005 the following documents
copy but later read in the book of rules for
the United States District court for the District
of Columbia that the originals may be needed.
Enclosed are documents of originals, to
support the motion of burden of proof.


Originals letters (12) sent in Dece 27, 2005

May 17, 2005  EEOCO    (2)
April 21, 2005  EEO    (1)
Oct. 11, 1984  EEOCO   (1.)
Dece. 19, 1984   LEAVE (1.)
Feb. 25, 1985   LEAVE (1.)
March 6, 1985   start REMOVER (1)
June 26, 1989   fired (1)
March 18, 1988  Rehabilitation Dept. of LAbor (1.)
MAy 24, 2005  Affidavit (1)

(9) Original New letters sent in JAn. 13 2006
    April 8, 1983    2 pg. To supervisor Mrs Newton
    Oct. 4, 1984      1 pg  From D.O.L
    CIVIL Action NO. 05-1705 RWR
                    2.

Sept. 3, 1985 from Personnel Magagement 1pg.

Dece. 31, 1990 from Do.L Psychiatrist        1 pg.

Dece 6, 2000 from Personnel Management      1 pg.

July 19, 1985 Request for recovery of Debt Due
the United States.                          2 pg.

List of All of Congress who tried to help. 1pg.


Memorandum    (1) pg.

Dated feb. 9, 1983  EEOCO


After reading over all burden of proofs
I Regina G. Jackson pro se am asking NO!
Pleading with the court to settle in favor
of Plaintiff for amount of 8 million
but not less then 6 million, unless O.K.
by. Regina G. Jackson pro se in writing.
Please, this case 05-1705 RWR should
be settle A.S.A.P.

        civil action No. 05-1705 RWR
            3.

# Conclusion

A Plead to the court el Regina G. Jackson pro se have lived in hell long enough. A Plead to court for settlement in the amount of 8 million but not less then 6 million; unless O.K. by Regina G. Jackson pro se in writing plus loss wages and medical benefits.

Jan. 13, 2006

Respectfully submitted

REGINA G. JACKSON
Regina G. Jackson
pro se

CIVIL action NO. 05-1705 RWR

4.

Respectfully Submitted

Regina G. Jackson pro se
REGINA G. JACKSON
3010 Hewitt Ave Apt 275
Silver Spring md. 20906

phone 301 460 2389

A copy of this Motion
will be mailed to
Assistant U.S. attorney
Megan L. Rose
Judiciary Center Building
Civil Division

555 4th. Street N.W.
Washington, D.C. 20530
Jan. 13, 2006
(202) 514-7220
13 pgs. of New documents
5 pgs. of Motion to settle

Civil Action
No. 05-1705 (RWR)

13 pgs. of documents New
5 pgs. of Motion to settle

5.