UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| REGINA GALE JACKSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1705 (RWR) |
| LIBRARY OF CONGRESS, | ) | |
| Defendant. | ) | |

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #9] is GRANTED, and it is further

ORDERED that plaintiff's motion to settle [Dkt. #14] is DENIED as moot, and it is further

ORDERED that this civil action is DISMISSED WITH PREJUDICE.

This is a final appealable Order.  See Fed. R. App. P. 4(a).

SO ORDERED.

Signed this 20th day of June, 2006.

/s/
RICHARD W. ROBERTS
United States District Judge