# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

REGINA GALE JACKSON
   Plaintiff

Civil Action No. 05-1705 RWR

VS

LIBRARY OF CONGRESS
   Defendant

## MOTION FOR Plaintiff EXTENSION OF TIME FOR PREPARATION TO FILE NOTICE OF APPEAL

I Regina Gale Jackson "pro se" am asking for extension of 15 days the reasons are as stated on the following pages.

2 pages are enclosed.

**RECEIVED**

JUL 2 0 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion for extension of time to prepare for an appeal civil case 05-1705 RWR

Reasons are as stated;

I Regina Gale Jackson pro se am asking for extension of 15 days, to prepare for this appeal civil case 05-1705 RWR because;

1. The documents, the judges order was sign for 20 day of June, 2006 and the memorandum Opinion sign for June 20, 2006, as well and was said to be issued separately the documents were not issued as the judge stated. The Dismissal order and the Memorandum Opinion came together and I Regina Gale Jackson waited for the other documents which I didn't receive until July 8, 2006,

1.

After receiving the documents I Regina Gale Jackson pro se notice that they looked the same then I Regina Gale Jackson realize that the documents were not mailed as stated by the judge and that waiting time took away from the 30 days thats given for preparation.

2. Reason as stated, I Regina Gale Jackson "pro se" had a stroke 5-24-06 also loss some sight in the right eye so because of reasons submitted I Regina Gale Jackson "pro se" am asking for extension of 15 days.

CERTIFICATE OF SERVICE
July 20, 2006
I Regina Gale Jackson will mail a copy of this motion on 7/20/06
To Megan Rose
Assistant United States Attorney
Judicary Center Building
Civil Divison
555 4th St. N.W.
Washington, DC 20530

Respectfully Submitted
Regina Gale Jackson
REGINA GALE JACKSON
pro SE

RK'S OFFICE
ES DISTRICT COURT
TRICT OF COLUMBIA
COURTHOUSE
TUTION AVENUE, N.W.
GTON, DC 20001

CIAL BUSINESS



**REGINA GALE JACKSON**
3010 Hewitt Avenue
Apartment 275
Silver Spring, MD 20906

RK'S OFFICE
ES DISTRICT COURT
TRICT OF COLUMBIA
COURTHOUSE
TUTION AVENUE, N.W.
GTON, DC 20001

CIAL BUSINESS



**REGINA GALE JACKSON**
3010 Hewitt Avenue
Apartment 275
Silver Spring, MD 20906



**Montgomery General Hospital**
18101 Prince Phillip Drive,
Olney, MD 20832
(301) 774 - 8882

Patient: REGINA JACKSON DOB: 11/03/1955
Med. Rec. # 390735 Visit#: 5177282 Gender: Female
Date: 05/25/2006 Time: 22:53

Gourmet meals are available at dinner, Monday-Friday for patients and families for $15.00 each. Meals need to be requested 24 hours in advance with your Host/Hostess.

**Cafeteria Hours:**
The cafeteria is located on the 2nd floor. The cafeteria is open seven days a week. Breakfast is 7:00-10:00am, Lunch is 11:30am-3:00pm, and Dinner is 4:30pm-7:00pm. Items available include a deli bar, salad bar, hot foods, and a variety of snacks, desserts, and drinks.

**Should you have any questions or concerns during your stay, you can contact:**
Pam Smithson
Director of Critical Care
301-774-8743

---

**This Information Is About Your Illness and Diagnosis**

**CEREBRAL VASCULAR ACCIDENT (Stroke).**

**What is a stroke (cerebrovascular accident or CVA)?**
A stroke is a sudden decrease in the blood supply to part of the brain. Oxygen has not reached the brain's tissues. When this happens, it can affect the senses, speech, behavior, thought patterns, and memory. It may also result in paralysis, coma, and death.
[includes 'Brain showing different types of CVA's or strokes' graphic]

**What causes a stroke?**
A stroke occurs when an artery to the brain bursts or becomes clogged by a blood clot, cutting off the supply of oxygen to a part of the brain. Brain tissue does not get the oxygen it needs and the tissue can die within minutes. Because of this, the part of the body controlled by those brain cells cannot function properly.

A CVA is usually caused by one of four things:
- **Thrombosis** - a blood clot is blocking a blood vessel of the brain or neck and this keeps the oxygen from reaching the brain cells.
- **Cerebral embolism** - the blood vessels get clogged with a blood clot or fatty deposits and this keeps the oxygen from reaching the brain cells.
- **Ischemia** - Oxygen does not reach the brain cells and these cells die.
- **Cerebral hemorrhage** - blood vessels break and blood goes out into the brain tissue.

**What are the signs and symptoms of a stroke?**