# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

<u>REGINA GALE JACKSON</u>
Plaintiff

vs.    Civil Action No. <u>05-1705 RWR</u>

<u>LIBRARY OF CONGRESS</u>
Defendant

## NOTICE OF APPEAL

Notice is hereby given this <u>21</u> day of <u>July</u>, 20<u>06</u>, that <u>Plaintiff</u> hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the <u>20</u> day of <u>June</u>, 20<u>06</u> in favor of <u>Defendant</u> against said <u>Plaintiff</u>

<u>Regina Gale Jackson</u>
Attorney or Pro Se Litigant
3010 Hewitt Ave. #275
Silver Spring Md 20906
(301) 460-2389

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

MEGAN Lindholm ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St. N.W.
Washington DC 20530

**RECEIVED**
JUL 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT