# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-5217                                          September Term, 2006

05cv01705

Filed On: December 26, 2006

[1012999]
Regina Gale Jackson,
    Appellant

v.

Library of Congress,
    Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 4/16/07
BY: _____ Deputy Clerk
ATTACHED:  ___ Amending Order
                 ___ Opinion
                 ___ Order on Costs

**BEFORE:** Henderson, Randolph, and Tatel, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance and the response thereto, and the order to show cause, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). As the district court concluded, a complaint alleging disability discrimination may be subject to dismissal based on plaintiff's failure to comply with the time limits for filing administrative complaints. See Stewart v. Ashcroft, 352 F.3d 422, 426 (D.C. Cir. 2003); Milbert v. Koop, 830 F.2d 354, 356 (D.C. Cir. 1987). Here, the record indicates that appellant missed the relevant deadline by more than 20 years. See LCR 2010-3.1 Section 4A. The district court did not abuse its discretion, moreover, in concluding that appellant did not offer facts sufficient to warrant equitable tolling of the deadline. See Irwin v. Department of Veterans Affairs, 498 U.S. 89, 96 (1990).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P.41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk